From:

05/28/07

**FILED**
MAY 3 0 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Clerk,

It has been 2 weeks since I wrote the Judge at this same address. In that letter I described how officials here, mainly Mr. Craddock, Mr Hasbrouck and Mr Moat will not respond to any request forms, complaint forms or Administrative Remedy form (BP 9)
Nor will Medical respond to issues I've brought up with them including refusal of treatment, requests for medical records, lack of effective medication, for reading glasses or deafness in my right ear.
When I arrived here I was on Ritalin for my severe ADHD they took me off of it without consultation and refused to put letters from previous doctors recommending Ritalin (including a Virginia DOC Psychiatrist) in my chart.
Now because I refuse to go to population because of my lack of mental health treatment and lack of medical treatment they give me an institutional charge every 2 weeks and have taken away my phone priviledges, visiting and commissary plus Im routinely harrassed by guards in the Segregation (24 hr lockdown) one of which, Collins who yells at me through the door calling me a "scared bitch" and will not allow me to use the law library (which is missing books concerning Fed tort and Bivens Action) get a haircut (Ive tried to get a haircut for 3 months)
If you did not receive my letter from May 14 (sent) that means they have intercepted at least 2 of what I know of. One to my attorney has been intercepted

last month.
The letter to you included 2 letters from my doctors concerning my health.
Even though I have severe problems due to my ADHD I am not stupid and I am not a liar. Nothing I have said is a lie and I will be glad to take a polygraph.

I need to know if you got my May 14 letter and if so why you didn't reply.

There have been several abuses done to me here but they are purposely not responding to any paperwork. My counselor Mr Hasbrouck has stated he never received 4 Administrative Remedy forms and last week he literally almost ran past my door to avoid me handing him a complaint
Mr Craddock has also behaved this way always saying he will bring me forms but never doing it. He has admitted to me that as long as I stay in Segregation I will not get any cooperation.
Mr Mood their supervisor is who I believe instructs them to treat me this way. I told him what they were doing and he became angry and walked away.

The reason they are behaving this way is because they know I have been mistreated otherwise they wouldn't care. If you are not going to respond again (if you got prior letter which was marked LEGAL MAIL) I need to know who I can get a response from.
This is a formal request for assistance. I do not know how to proceed or how to get these people to follow their own procedures. I have severe mental health and medical issues that are not being treated and I don't trust anyone here and have reason not to.

My attorney Mr Henter (Charlottesville, VA) is a appellate appointed attorney and cannot help me but I'm going to send him a copy of this in case you don't reply again.

It is obvious that they are not treating my ADHD and eyesight (glasses) so that I can't help myself. They won't cooperate so that I can't use the Administrative Remedy or have any papers to back me up.

I'm not allowed to use the phone or get visits so I have to write everything which is difficult. I ask the guard for copies he said I would have to ask the trustee who then waited to tell me it would cost a stamp a page which I can't afford plus I don't want an inmate looking at my private papers which discuss my appeal and that I have hepatitus C etc...

Because I have ADHD it is difficult for me to focus and write, make judgements sometimes I stare at the wall for hours. I can't do this without assistance especially since they are being so dishonest & have all the control.

This isn't about paranoia, ADHD's arent paranoid, I'm not exagerating here and don't deserve to be treated like this.

Please respond as soon as you can so I know you got this.

Sincerely,

Carl Antoni #08782-084

FCI Beckley
PO Box 350
Beaver, WV 25813-0350

PS. ADHD is a Federally recognized disability See Federal Bureau of Investigation Publications ADHD and Implications for the Criminal Justice System.

Name: Carl Anton
Reg #: 08782-084
Federal Correctional Institution–Beckley
P.O. Box 350
Beaver, WV 25813

CHARLESTON WV 253
29 MAY 2007 PM 3 L

Clerk
United States District Court
P.O. Drawer 5009
Beckley, WV 25801

25801+7500

— LEGAL MAIL —